# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>       Plaintiffs,<br><br>   v.<br><br>ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., ORACLE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>       Defendants. | CASE NO. 24-4112<br><br>**DEFENDANTS ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., AND ORACLE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendants Oracle International Corporation and Oracle America, Incorporated hereby disclose that they are nongovernmental corporations and are wholly-owned subsidiaries of publicly held Oracle Corporation. No other publicly held corporation holds 10% or more of Oracle International Corporation's or Oracle America, Incorporated's stock. Defendant Oracle Corporation hereby discloses that it is a publicly traded company with numerous shareholders. Oracle Corporation has no parent corporation, and no other publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: March 22, 2024 | **LATHAM & WATKINS LLP** |
| | /s/ *Kevin McDonough* |
| | Kevin McDonough (ID: 41892005) |
| | Serrin Turner (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| | 1271 Avenue of Americas |
| | New York, NY 10020 |
| | Telephone: (212) 906-1200 |
| | Email: kevin.mcdonough@lw.com |
| | |
| | Robert Collins (*pro hac vice forthcoming*) |
| | LATHAM & WATKINS LLP |
| | 330 N. Wabash Ave |
| | Chicago, IL 60611 |
| | Telephone: (312) 876-7700 |
| | Email: robert.collins@lw.com |

Thomas P. Scrivo (ID: 029101989)
James DiGiulio (ID: 013582006)
O'Toole Scrivo, LLC
14 Village Park Road,
Cedar Grove, NJ 07009
Telephone: (973) 239-5700
Email: tscrivo@oslaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>         Plaintiffs,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., ORACLE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>         Defendants. | CASE NO. 24-4112 |

### **CERTIFICATE OF SERVICE**

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of the: (1) Defendant' Corporate Disclosure Statement, to be served via electronic mail, pursuant to an agreement between counsel upon:

| | |
|---|---|
| Genova Burns LLC | Morgan & Morgan |
| Rajiv D. Parikh, Esq. | John A. Yanchunis |
| Kathleen Barnett Einhorn, Esq. | Ryan J. McGee |
| 494 Broad Street | Melissa Hill |
| Newark, NJ 07102 | 201 N. Franklin St., 7th Floor |
| T: (973) 533-0777 | Tampa, FL 33602 |
| rparikh@genovaburns.com | T: (813) 223-5505 |
| keinhorn@genovaburns.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| | melissahill@forthepeople.com |

*Counsel for Plaintiffs*

Dated: March 22, 2024                                LATHAM & WATKINS LLP

By: /s/ *Kevin M. McDonough*
       Kevin M. McDonough