**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants Oracle International Corporation, Oracle America, Inc., and Oracle Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., ORACLE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>Defendants. | Civ. No. 24-4112 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf of Defendants Oracle International Corporation, Oracle America, Inc., and Oracle Corp. (collectively "Defendants") in the above captioned action. Pursuant to Local Civil Rule 10.1(a), Defendants Oracle International Corporation and Oracle America, Inc., state that their principal place of

business is located at 500 Oracle Parkway, Redwood Shores, CA 94065, and Defendant Oracle Corporation, states that its principle place of business is located at 2300 Oracle Way Austin, TX. The undersigned respectfully requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned:

> Kevin M. McDonough
> **LATHAM & WATKINS LLP**
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Email: kevin.mcdonough@lw.com

In making this appearance, Defendants do not waive or forfeit any rights, remedies, or defenses, including without limitation all defenses based on lack of personal jurisdiction and/or venue, all of which are expressly reserved.

Dated: March 22, 2024                     Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Kevin M. McDonough*
  Kevin M. McDonough
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: (212) 906-1200
  kevin.mcdonough@lw.com

  *Attorneys for Defendants Oracle International Corporation, Oracle America, Inc., and Oracle Corp.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF), and accordingly served on the below parties via electronic mail, pursuant to an agreement between counsel:

| | |
|---|---|
| Genova Burns LLC | Morgan & Morgan |
| Rajiv D. Parikh, Esq. | John A. Yanchunis |
| Kathleen Barnett Einhorn, Esq. | Ryan J. McGee |
| 494 Broad Street | Melissa Hill |
| Newark, NJ 07102 | 201 N. Franklin St., 7th Floor |
| T: (973) 533-0777 | Tampa, FL 33602 |
| rparikh@genovaburns.com | T: (813) 223-5505 |
| keinhorn@genovaburns.com | jyanchunis@forthepeople.com |
| | rmcgee@forthepeople.com |
| | melissahill@forthepeople.com |

/s/ *Kevin M. McDonough*
      Kevin M. McDonough, Esq.

3