Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants*
*Oracle International Corporation,*
*Oracle America, Incorporated,*
*and Oracle Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., ORACLE CORP., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>            Defendants. | CASE NO. 2:24-cv-04112-JXN-CLW<br><br>District Judge Julien Xavier Neals<br><br>Magistrate Judge Cathy L. Waldor |

## APPLICATION FOR CLERK'S ORDER EXTENDING TIME
## PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which Defendants Oracle International Corporation, Oracle America, Incorporated, and Oracle Corporation (together, "the Oracle entities") may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. The Oracle entities removed this action to this Court on March 22, 2024.

2. Pursuant to Fed. R. Civ. P. 81(c)(2), the Oracle entities' time to answer, move, or otherwise respond to the Complaint currently expires on March 29, 2024.

3. The Oracle entities have not previously sought from this Court an extension of time to answer, move, or otherwise respond to the Complaint.

4. The Oracle entities respectfully request, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, move, or otherwise respond to the Complaint, i.e., until April 12, 2024.

Dated: March 28, 2024	**LATHAM & WATKINS LLP**

/s/ *Kevin M. McDonough*
Kevin M. McDonough (ID: 41892005)
Serrin Turner (*pro hac vice forthcoming*)

2

LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
    serrin.turner@lw.com

Robert Collins (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
330 N. Wabash Ave.
Chicago, IL 60611
Telephone: (312) 876-7700
Email: robert.collins@lw.com

Jennifer Archie (*pro hac vie forthcoming*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202)-637-2205
Email: jennifer.archie@lw.com

Thomas P. Scrivo (ID: 029101989)
James DiGiulio (ID: 013582006)
O'Toole Scrivo, LLC
14 Village Park Road,
Cedar Grove, NJ 07009
Telephone: (973) 239-5700
Email: tscrivo@oslaw.com
    jdigiulio@oslaw.com

*Attorneys for Defendants Oracle International Corporation, Oracle America, Incorporated, and Oracle Corporation*

# **[PROPOSED] ORDER**

The application is GRANTED; the time within which Defendants Oracle International Corporation, Oracle America, Incorporated, and Oracle Corporation are required to answer, move, or otherwise respond to the Complaint is extended to April 12, 2024.

Dated: March ___, 2024                                By: _____

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ *Kevin M. McDonough*
Kevin M. McDonough
