IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :              NO. 24-3993
BLACKBAUD, INC., et al.      :

---

ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :              NO. 24-3998
WHITEPAGES, INC., et al.     :

---

ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :              NO. 24-4000
HIYA, INC., et al.           :

---

ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :              NO. 24-4073
COMMERCIAL REAL ESTATE       :
EXCHANGE, INC., et al.       :

---

ATLAS DATA PRIVACY           :              CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :              NO. 24-4077
CARCO GROUP INC., et al.     :

---

```
ATLAS DATA PRIVACY           :            CIVIL ACTION
CORPORATION, et al.          :
                             :
           v.                :
                             :            NO. 24-4095
TWILIO INC., et al.          :
```
_____

```
 ATLAS DATA PRIVACY          :            CIVIL ACTION
 CORPORATION, et al.         :
                             :
            v.               :
                             :            NO. 24-4104
 6SENSE INSIGHTS, INC.,      :
 et al.                      :
```
_____

```
 ATLAS DATA PRIVACY          :            CIVIL ACTION
 CORPORATION, et al.         :
                             :
            v.               :
                             :            NO. 24-4105
 LIGHTBOX PARENT, L.P.,      :
 et al.                      :
```
_____

```
 ATLAS DATA PRIVACY          :            CIVIL ACTION
 CORPORATION, et al.         :
                             :
            v.               :
                             :            NO. 24-4106
 SEARCH QUARRY, LLC, et al.  :
```
_____

```
 ATLAS DATA PRIVACY          :            CIVIL ACTION
 CORPORATION, et al.         :
                             :
            v.               :
                             :            NO. 24-4107
 ACXIOM, LLC, et al.         :
```
_____

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
         v.                    :
ENFORMION, LLC, et al.         :            NO. 24-4110
```

_____

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
         v.                    :
                               :            NO. 24-4111
COSTAR GROUP, INC., et al.     :
```

_____

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
         v.                    :
                               :            NO. 24-4112
ORACLE INTERNATIONAL           :
CORPORATION, et al.            :
```

_____

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
         v.                    :
                               :            NO. 24-4113
RED VIOLET, INC., et al.       :
```

_____

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
         v.                    :
                               :            NO. 24-4114
RE/MAX, LLC, et al.            :
```

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4168 |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4171 |
| PEOPLE DATA LABS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4175 |
| CLARITAS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4181 |
| DATA AXLE, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4182 |
| REMINE INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 24-4184 |
| LUSHA SYSTEMS, INC, et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 24-4217 |
| TELTECH SYSTEMS, INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 24-4227 |
| PEOPLECONNECT, INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 24-4230 |
| CORELOGIC, INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 24-4233 |
| BLACK KNIGHT TECHNOLOGIES, LLC, et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4269 |
| THOMSON REUTERS CORPORATION, et al. | : | |

---

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4271 |
| CHOREOGRAPH LLC, et al. | : | |

---

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4288 |
| TRANSUNION, LLC., et al. | : | |

---

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4298 |
| EQUIFAX INC., et al. | : | |

---

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4299 |
| SPOKEO, INC., et al. | : | |

---

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :            NO. 24-4354
TELNYX LLC, et al.             :
```

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :            NO. 24-4392
MYHERITAGE, LTD., et al.       :
```

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :            NO. 24-4442
WILAND, INC., et al.           :
```

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :            NO. 24-4447
ATDATA, LLC, et al.            :
```

```
ATLAS DATA PRIVACY              :            CIVIL ACTION
CORPORATION, et al.            :
                               :
        v.                     :
                               :            NO. 24-4571
PRECISELY HOLDINGS, LLC,       :
et al.                         :
```

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :            NO. 24-4696
OUTSIDE INTERACTIVE, INC.     :
```

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :            NO. 24-4770
VALASSIS DIGITAL CORP.,       :
et al.                        :
```

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :            NO. 24-4850
THE LIFETIME VALUE CO. LLC,   :
et al.                        :
```

```
ATLAS DATA PRIVACY            :            CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :            NO. 24-5334
FIRST AMERICAN FINANCIAL      :
CORPORATION, et al.           :
```

<u>ORDER</u>

AND NOW, this 13th day of May 2024, it is hereby

ORDERED that:

(1)  the court will hold a Status Conference on

Monday, June 3, 2024 at 10:00 AM in Courtroom No. 1, in the

United States Courthouse in Camden, New Jersey to deal with the

jurisdictional discovery to be allowed in connection with the Plaintiffs' pending motions to remand these actions to the Superior Court of New Jersey;

(2)  in the meantime, the parties should confer and if possible agree on a plan consistent with the court's rulings at the May 7, 2024 status conference; and

(3)  all prior oral deadlines are vacated.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.