UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE INTERNATIONAL CORPORATION, ORACLE AMERICA, INC., ORACLE CORP., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1- 10, fictitious names of unknown entities,<br><br>Defendants. | Honorable Harvey Bartle, III<br><br>Case No. 1:24-cv-04112-HB<br><br>**ORDER GRANTING ADMISSION OF COUNSEL** *PRO HAC VICE* |

This matter having come before the Court on the application of Kevin M. McDonough of Latham & Watkins LLP, counsel for Defendants Oracle International Corporation, Oracle America, Incorporated, and Oracle Corporation (together, the "Oracle Entities") for the *pro hac vice* admission of Samir Deger-Sen pursuant to Local Civil Rule 101.1; and the Court having considered the Certifications in support of the application, which reflects that Samir Deger-Sen

satisfies the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this application; and for good cause shown:

IT IS on this __19th__ day of __September__, 2024 ORDERED that

1. Samir Deger-Sen is hereby granted admission *pro hac vice* to speak for and participate on behalf of Oracle Entities in this matter in the same manner as attorneys authorized to practice law in this State;

2. Samir Deger-Sen shall notify the court immediately of any matter affecting his standing at the bar of any court;

3. Samir Deger-Sen shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter and in accordance with Local Civil Rule 101.1(c)(2), will make an annual payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a);

4. Samir Deger-Sen shall comply with the provisions of Local Civil Rule 101.1(c)(3) and submit payment of $250.00 on admission, payable to the Clerk of the Court for the District of New Jersey;

5. Samir Deger-Sen shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys;

6. Samir Deger-Sen shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended; and

7. Samir Deger-Sen shall have all pleadings, briefs, and other papers submitted to the Court in this matter filed by Kevin M. McDonough or another attorney of Latham & Watkins LLP who is admitted in good standing to practice before this Court pursuant to Local Civil Rule 101.1(c)(4).

_Harvey Bartle III_
Honorable Harvey Bartle, III
United States District Judge