## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

                Case No.: 1:24−cv−04112−HB

                Judge Harvey Bartle (EDPA), III

ORACLE INTERNATIONAL CORPORATION, et al.

                Defendant.

Clerk, Superior Court of New Jersey  
Bergen County Justice Center  
10 Main Street  
Hackensack, NJ 07601

State No: BER L 000917 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT  
                By Deputy Clerk, lm

encl.  
cc: All Counsel